# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| v. | \* | **Case No. 1:16-CR-00485-6-JKB** |
| **AARON ENNIS** | \* | |

\*\*\*\*\*\*

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 5th day of October, 2016, that Francis S Brocato is hereby appointed to represent the individual.

/s/
_____

James K Bredar
UNITED STATES DISTRICT JUDGE